No. 77–5354.   PIERCE v. MARYLAND.   Ct. Sp. App. Md. Certiorari denied.

No. 77–5359.   HOLMES v. ISRAEL, WARDEN.   C. A. 7th Cir. Certiorari denied.

No. 77–5370.   CARR v. GRACE ET AL.   Dist. Ct. App. Fla., 3d Dist.   Certiorari denied.

No. 77–5402.   HALL ET AL. v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 77–5415.   BOOTH v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir.   Certiorari denied.

No. 77–5440.   SMITH v. THOMPSON, WARDEN.   C. A. 6th Cir.   Certiorari denied.

No. 77–5443.   COLLINS v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 76–1625.   MAYES ET AL. v. STATON.   C. A. 10th Cir. Certiorari denied.   MR. JUSTICE BLACKMUN would grant certiorari.